UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS W. STRUTTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CV-2022-ERW ) |
| LINDA MEADE, et al., | ) ) |
| Defendants. | ) ) |

## **ORDER AND MEMORANDUM**

This matter is before the Court upon the application of Dennis W. Strutton for leave to commence this action without payment of the required filing fee. See 28 U.S.C. § 1915(a). Upon consideration of the financial information provided with the application, the Court finds that plaintiff is financially unable to pay any portion of the filing fee. Therefore, plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #6] is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiff's original motion for leave to proceed in forma pauperis [Doc. #1] is **DENIED**, as moot.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

So Ordered this 21st Day of December, 2005.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**