**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DENNIS W. STRUTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV02022 ERW |
| | ) |
| LINDA MEADE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Plaintiff, Dennis W. Strutton, is currently confined at the Missouri Sexual Offender Treatment Center in Farmington, Missouri. A Non-Jury Trial in this matter has been set on a three-week docket beginning March 9, 2009, at 8:30 a.m. The trial in this matter is expected to last approximately three (3) days and the attendance of Plaintiff Strutton is necessary for the proceedings scheduled in this matter.

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue a Writ of Habeas Corpus Ad Testificandum for the attendance of Dennis W. Strutton on March 9, 2009, at 8:30 a.m. and any other date or dates within the three-week docket as set forth by this Court. The Clerk of Court shall immediately serve three certified copies of said Writ on the Superintendent of the Missouri Sexual Offender Treatment Center, 1016 West Columbia Street, Farmington, MO 63640.

So Ordered this   4th   Day of  February , 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE