UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS W. STRUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV02022 ERW |
| ) | |
| LINDA MEADE, *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter comes before the Court on Defendants' Motion to Expedite Hearing on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [doc. #195]. This matter is set for trial on March 16, 2009. Defendants filed a Motion to Dismiss on March 9, 2009, and now ask that the Court hold an expedited hearing on their Motion to Dismiss. The Court agrees that an expedited hearing is necessary, and will be held on **March 13, 2009** at **2:00 p.m.** in Courtroom 12 South of the U.S. District Court.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Expedite Hearing on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [doc. #195] is **GRANTED.** This hearing will be held on **March 13, 2009** at **2:00 p.m.** in Courtroom 12 South of the U.S. District Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue a Writ of Habeas Corpus Ad Testificandum for the attendance of Dennis W. Strutton on March 13, 2009, at 2:00 p.m. The Clerk of Court shall immediately serve three certified copies of said Writ on the

Superintendent of the Missouri Sexual Offender Treatment Center, 1016 West Columbia Street, Farmington, MO 63640.

So Ordered this <u>10th</u> Day of <u>March</u>, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE