UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS W. STRUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV02022 ERW |
| ) | |
| LINDA MEADE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Consent Motion for a Second Extension of Time to File Their Post-Trial Response Brief [doc. #232]. Defendants' post-trial brief is currently due on July 6, 2009, and Defendants ask that this date be moved to July 20, 2009. Plaintiff's counsel consents to this request.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Consent Motion for a Second Extension of Time to File Their Post-Trial Response Brief [doc. #232] is **GRANTED.** Defendants' post-trial responsive brief shall be filed no later than **July 20, 2009.** Any reply brief by Plaintiff shall be filed five (5) days thereafter.

Dated this 30th Day of June, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE